```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CATHERINE BRACHO,                        :    08 CIV. 1476 (DLC)
                   Plaintiff,            :
                                         :    PRETRIAL
           -v-                           :    SCHEDULING ORDER
                                         :
THE CITY OF NEW YORK, POLICE OFFICER     :
"JANE" LEE, Tax Reg. No. 921491, and     :
SEVERAL UNIDENTIFIED POLICE OFFICERS     :
ASSIGNED TO THE 43RD PRECINCT,           :
                                         :
                   Defendants.           :
                                         :
-----------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/30/08]

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 25, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. No additional parties may be joined or pleadings amended after **August 22, 2008**.

2. The parties are instructed to contact the chambers of Magistrate Judge Francis **November 7, 2008** prior to in order to pursue settlement discussions under his supervision.

3. All fact discovery must be completed by **December 19, 2008**.

4. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **January 16, 2009**
   - Opposition served by **February 6, 2009**
   - Reply served by **February 13, 2009**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

5. In the event no motion is filed, the Joint Pretrial Order must be filed by **January 16, 2009**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         July 30, 2009

                                  _____
                                       DENISE COTE
                                  United States District Judge