UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- -X
                         :

CATHERINE BRACHO,                 :        08 CIV. 1476 (DLC) (JCF)*
           Plaintiff,     :

      -v-                  :        ORDER OF
                         :        REFERENCE TO A
THE CITY OF NEW YORK, POLICE OFFICER  :      MAGISTRATE JUDGE
"JANE" LEE, Tax Reg. No. 921491, and SEVERAL :
UNIDENTIFIED POLICE OFFICERS ASSIGNED TO :
THE 43RD PRECINCT,             :

            Defendants.   :

------------------------------------------------------------------- -X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/30/08

DENISE COTE, District Judge:

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ _____ | Purpose: _____ _____ |
| | _____ _____ | |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| X | Settlement* | ___ Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: _____ _____ |
| | | _____ _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
           July 30, 2009

                              **DENISE COTE**
                              United States District Judge