

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 8/19/08
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATHERINE E. SMITH**
Phone: (212) 513-0462
Fax: (212) 788-9776
ksmith@law.nyc.gov

**MEMO ENDORSED**

August 18, 2008

**BY HAND DELIVERY**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: Catherine Bracho v. City of New York et al., 08-CV-1476 (DLC) (JCF)

Your Honor:

        As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action, I write to respectfully request that defendants The City of New York and Melissa Lee's time to answer or otherwise respond to the amended complaint in this action be enlarged to and including September 18, 2008. I have conferred with plaintiff's counsel, Jeffrey Pollack, Esq., and he consents to this request for an enlargement of time.

        As way of background, the complaint alleges, *inter alia*, that on December 22, 2006, New York City Police Officer Melissa Lee and several other unidentified officers falsely arrested plaintiff in violation of her state and federal civil rights. On July 11, 2008, defendant City filed its answer to plaintiff's complaint. On July 25, 2008, plaintiff filed an amended complaint, adding Sergeant Melissa Lee as a defendant. Upon information and belief, defendant Lee was served with the amended complaint on or about August 5, 2008, and as such, her answer is due on August 25, 2008. This enlargement of time is necessary so that this office can finalize the requisite representational investigation pursuant to Section 50-K of the New York General Municipal Law. Furthermore, an enlargement will facilitate the submission of a joint response to the amended complaint on behalf of all defendants.

Accordingly, defendants City of New York and Melissa Lee respectfully request that their time to answer or otherwise respond to the amended complaint be enlarged to and including September 18, 2008.

I thank Your Honor for considering the within request.

Respectfully submitted,

Katherine E. Smith
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Jeffrey Pollack, Esq.
      19 Court Street, 3rd floor
      White Plains, New York 10601
      Fax: 914-946-9585
      (By Facsimile)